UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-cv-21911-MD

JESUS GONZALEZ

     Plaintiff,

v.

SSAIBA #1 LLC, d/b/a Subway #26212
and CORAL WAY SHOPPING PLAZA I, LLC.

     Defendants.

_____/

## NOTICE OF SETTLEMENT

     Plaintiff, Jesus Gonzalez, by and through the undersigned counsel, gives the Court notice that the parties have resolved this matter and are working on the settlement documents. The Parties request that the Court stay all matters and pending deadlines here and grant the Parties 30 days to finalize their written Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

     Respectfully submitted this July 29, 2024.

By: */s/ Juan Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
Telephone:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

Gonzalez v. SSAIBA #1
Case No. 24-cv-21911-MD

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 29, 2024, an electronic copy of this document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ Juan Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
Telephone:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*