## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-21911-CIV-DAMIAN

**JESUS GONZALEZ**,

     Plaintiff,

v.

**SSAIBA #1 LLC, d/b/a Subway #26212,
and CORAL WAY SHOPPING PLAZA I, LLC**,

     Defendants.

_____/

### ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Notice of Settlement [ECF No. 15], filed July 29, 2024. In the Notice, Plaintiff indicates that the parties have reached an agreement to resolve all claims in this matter and are working on finalizing a written settlement agreement.

THE COURT having reviewed the Notice and the pertinent portions of the record and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1.     The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **thirty (30) days** of the date of this Order.

2.     If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3.     The Clerk shall **CLOSE** this case for administrative purposes only.

4.      Any pending motions are **DENIED AS MOOT** and any deadlines previously set are **TERMINATED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 29th day of July, 2024.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:     Counsel of record

2